FILED IN WELD COUNTY
COMBINED COURTS

2019 SEP 17 PM 3 38

☐ Small Claims  ☐ County Court  ☒ District Court
☐ Probate Court  ☐ Juvenile Court  ☐ Water Court
Weld County, Colorado
Court Address: 901 9th Ave
Greeley, CO 80631

**[Insert appropriate party designations & names]**
PLAINTIFF: ETHEL SUSANNE HALTER

v.

DEFENDANT: WELD COUNTY SHERIFF'S OFFICE, DOES 1 - X INFINATE, ROES 1 - X INFINATE

▲ **COURT USE ONLY** ▲

Attorney or Party Without Attorney: (Name & Address)
Ethel Susanne Halter
7200 E State Highway 14 Lot 5
Fort Collins, CO 80524

Phone Number: 970-988-0404
FAX Number: N/A
E-mail: suehalter@gmail.com
Atty. Reg. #: N/A

Case Number:

Div.:            Ctrm:

## AMENDED COMPLAINT

Plaintif, Ethel Susanne Halter, in proper person, complains against Defendants, Weld County Sheriff's Office, Does 1 - X , Infinate, and, Roes 1 - X, Infinate.

### I. PARTIES

1. Plaintiff, Ethel Susanne Halter, (hereinafter "Plaintiff") is an individual who is currently, and was at all relevant times herein, a resident of the State of Colorado, County of Weld, City of Fort Collins.

2. Defendant, Weld County Sheriff's Office, (hereinafter "Defendant") is an agency who is currently, and was at all relevant times herein, a resident of the State of Colorado, County of Weld, City of Greeley.

3. All of the acts and/or failures to act alleged herein were duly performed by and/or are attributable to defendants, individually or acting by and through their agents and employees. Said acts and/or failures to act were within the scope of any agency or employment, or were ratified by defendants.

4. Defendants, Does 1 - X , Infinate, and, Roes 1 - X, Infinate, (hereinafter "Defendant") is an agency who is currently, and was at all relevant times herein, a resident of the State of Colorado, County of Weld, City of Greeley.

5. The names and capacities, whether inficidual, corporate, associate, or otherwise, of defendants and/or their alter egos sued are presently unknown, and Plaintiff will amend this complaint to insert the name (s) when ascertained.

Exhibit B

## II. FACTS

6. The actions of Defendant Officers as described herein, while acting under color of state law, deprived Plaintiff of her rights, privileges, liberties, and immunities secured by the Constitution of the United States of America, including the right to freedom from unreasonable search and seizure as guaranteed by the Fourth Amendment of the Constitution of the United States of America, made actionable pursuant to 42 U.S.C. §1983.

7. On September 7, 2017 Plaintiff called 911 because she found her husband in their home unresponsive and not breathing. While she was on the phone with the 911 operator, giving her husband CPR, the Paramedics along with the Defendants' came into her home and took over. At that time there were several Paramedics and two Defendant Deputies who initially responded to her 911 call. Her husband was transferred into the living room from the hall where she found him. Paramedics continued performing life saving measures on him for about 40 minutes and ultimately were not able to save his life and they pronounced his death in the living room.

8. At that point, somebody, the Plaintiff cannot remember who, suggested they bring in a "grief counselor" from the hospital to help console he Plaintiff. The Defendant's then asked the Plaintiff if they could search her home stating they just wanted to make sure her husband hadn't fallen and hit his head. The Plaintiff respectfully declined and was overwhelmed by what happened next. The Defendant's immediately ushered her outside and would not allow her to go back in and blocked her from viewing what was going on inside. The Plaintiff complied with all the Defendant's orders and remained respectful the entire time. The Defendant hospital worker showed up and took over watching the Plaintiff so the other Defendant Officer could go back inside while other Defendant Officers began to show up going in and out of her home. There began to be a large scene outside attracting so much attention that the Plaintiff's land lord showed up asking what was going on. The Defendant's did not put crime scene tape up, they did not tell the Plaintiff that they suspected her of any wrongdoing, they did not advise her of her rights, and they did not ever tell her that she was being detained or investigated.

9. It wasn't until the Plaintiff was able to reach her mother by phone which was several hours later after they had begun their lawless search and seizure that they began to wrap things up.

10. They brought her husband's body and the illegally seized items which they hid inside of the body bag, with her husband's body, and carried it all outside and placed it the Coroner's vehicle. They even went so far as to tell the Plaintiff that it was normal for body bags to make a lot of noise when there is a dead body inside of it. The Plaintiff noticed that the body bag was very large, was quite full, and was very noisy sounding as if her entire household was in it.

11. The Plaintiff made the agonizing decision to have her husband's body cremated. The funeral home asked her if she wanted to watch them cremate his body. She told them yes and they told her they would call her. She did not hear back from them until it was time for her to pick up his ashes.

Exhibit B

12. The Plaintiff then began encountering many Defendant Undercover Officers coming up to her, engaging her, and ultimately working their way back inside of her home, stealing more of her property, causing extensive damage to her home and vehicles, and other various items, including but not limited to the Plaintiff's expensive laptop computer which held many of the Plaintiff's photos, videos, her personal information, her banking information, and most other things that are commonly found in a personal computer. They even went so far as to cut off all the ends of the cords that were laying around. Some of the Plaintiff's items were damaged and/or stolen during the Defendants lawless search and seizure while others were later by various Defendants. Pictures of some Defendant Undercover Officers and/or Defendant Undercover Informants.

  

13. The Defendants continue to carry out this disturbing and destructive pattern of invading and destroying the Plaintiff's life even to this day. She does not know all the Defendants proper names, she only knows some by their alter ego's and by the names they gave her while working in an official role as Defendant Undercover Officers/Informants.

14. The Defendants continue to surveil the Plaintiff still depriving her of her Fourth Amendment Rights of the U.S. Constitution that provides the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, and shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

### III. CLAIMS FOR RELIEF

**I. PLAINTIFF HAS A SUBSTANTIAL PROBABILITY OF SUCCESS ON THE MERITS**

15. Venue is proper in the District of Colorado pursuant to 28 U.S.C. § 1391(b). All the events alleged herein occurred in the State of Colorado, and all the parties were residents of and/or domiciled in the State at the time of the events giving rise to this Complaint.

16. Plaintiff Ethel Susanne Halter seeks relief for violation of her right of privacy and her right to be free of unreasonable Government search and seizure guaranteed by the United States Constitution.

Exhibit B

17. Ms. Halter incorporates all other paragraphs of this Complaint as if fully set forth herein.

18. At all relevant times hereto, the Individual Defendants were acting under the color of state law in their capacities as Defendant law enforcement officers.

19. Each Individual Defendant played a knowing and necessary role in executing the Individual Defendant's actions to negatively affect Ms. Halter's life by utilizing unconstitutional means.

20. The acts or omissions of each Defendant, including the unconstitutional policy, procedure, custom and/or practice described herein, were the legal and proximate cause of Ms. Halter's injuries, losses, and damages.

21. Despite the fact what these Officers did is shocking and unconstitutional, it is assumable to be consistent with how they were trained to carry out their duties by Defendant Weld County.

21. The Plaintiff brings this claim for the conscious pain and suffering, physical injuries, medical expenses, and other damages sustained in an amount more than $15,000.00 which will be proven at trial.



22. The Plaintiff brings this claim for stolen property, destruction of her home and vehicles, and other damages sustained in an amount more than $15,000.00 which will be proven at trial.






**PRAYER FOR RELIEF**

Exhibit B

**WHEREFORE**, Ms. Halter respectfully requests that this Court enter judgment in her favor against Defendants, and award her all relief as allowed by law, including but not limited to the following:

a) Appropriate relief at law and equity;
b) Declaratory relief, injunctive relief, and other appropriate equitable relief;
c) Compensatory and punitive damages on all claims allowed by law in an amount to be determined at trial;
d) Attorneys' fees and the costs associated with this action on all claims pursuant to 42 U.S.C. §1988 and all applicable law;
e) Pre- and post-judgment interest at the appropriate lawful rate;
f) Any further relief this Court deems just and proper, and any other relief as allowed by law

I declare under penalty of perjury under the law of the State of Colorado that the foregoing is true and correct.

**DATED this 17th day of September 2019**

*/s/ Ethel Susanne Halter*
Ethel Susanne Halter
7200 E State Highway 14, Lot 5
Fort Collins, CO 80524
Telephone: (970) 988-0404
suehalter@gmail.com
Plaintiff, in Proper Person

Exhibit B