IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

ETHEL SUSANNE HALTER,

        Plaintiff,

v.

WELD COUNTY SHERIFF'S OFFICE,
DOES 1 – X INFINATE,
ROES 1 – X INFINATE,

        Defendants.

## AFFIDAVIT OF DONALD PATCH

I, Donald Patch, being first duly sworn, state as follows:

1. I am over the age of 18 years, of sound mind, and qualified to make this Affidavit.
2. I have personal knowledge of the facts contained herein.
3. I am employed by the Weld County Sheriff's Office as Undersheriff.
4. The Weld County Sheriff's Office received a copy of the Complaint and Amended Complaint in this matter (District Court, Weld County, Case No. 2019CV44) on September 17, 2019.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Donald Patch

Exhibit C

STATE OF COLORADO )
) SS
COUNTY OF WELD )

    SUBSCRIBED AND SWORN to before me this __8TH__ day of October 2019, by the said Donald Patch.

    Witness my hand and official seal.

    My Commission Expires: JULY 5, 2022

*[Signature]*
Notary Public

```
HANNAH TAVENNER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184027544
MY COMMISSION EXPIRES JULY 5, 2022
```

Exhibit C