# COPY

FILED IN WELD COUNTY
COMBINED COURTS

☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| District Court **Weld** County, Colorado<br>Court Address: 901 9th Ave<br>Greeley, CO 80631 | |
| Plaintiff(s): ETHEL SUSANNE HALTER<br>v.<br>Defendant(s): WELD COUNTY SHERIFF'S OFFICE, DOES 1 - X INFINIATE, and ROES 1 - X INFINATE | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>ETHEL SUSANNE HALTER<br>7200 E STATE HIGHWAY 14, LOT 5 FORT COLLINS, CO 80524<br>Phone Number: 970-988-0404  E-mail: suehalter@gmail.com<br>FAX Number: N/A  Atty. Reg. #: N/A | Case Number:<br>2019CV44<br><br>DIV 5 |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ☒ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

   By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

Exhibit E

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: SEPTEMBER 17, 2019

_____
**Signature of Party or Attorney for Party**

**NOTICE**

This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

Exhibit E