## Register of Actions

| | Filed by Plaintiff/Petitioner | **Case Number:** 2019CV000044 | | **Division:** 5 | |
|---|---|---|---|---|---|
| | Filed by Defendant/Respondent | **Case Type:** Money | | **Judicial Officer:** Shannon Douglas Lyons | |
| | Filed by Court | **Case Caption:** Halter, Ether Susanne v. Weld County Sheriffs Office et al | | **Court Location:** Weld County | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 09/17/2019 12:00 AM | N/A | N/A | Ether Susanne Halter | Civil Case Cover Sheet | Civil Case Cover Sheet - 16.1 does not apply | Public |
| N/A (Details) | 09/17/2019 12:00 AM | N/A | N/A | Ether Susanne Halter | Complaint - Amended | Complaint - Amended | Public |
| N/A (Details) | 09/09/2019 12:00 AM | Shannon Douglas Lyons | Weld County | N/A | Order | Order finding eligible to file without payment | Public |
| N/A (Details) | 09/06/2019 12:00 AM | Shannon Douglas Lyons | Weld County | N/A | Motion to Proceed in Forma Pauperis | Motion to Proceed in Forma Pauperis | Sealed |
| N/A (Details) | 09/06/2019 12:00 AM | N/A | N/A | Ether Susanne Halter | Complaint | Complaint | Public |
| N/A (Details) | 09/06/2019 12:00 AM | N/A | N/A | Ether Susanne Halter | Civil Case Cover Sheet | Civil Case Cover Sheet - 16.1 does not apply | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Does | Defendant | Active | N/A |
| Ether Susanne Halter | Plaintiff | Active | N/A |
| Weld County Sheriffs Office | Defendant | Active | N/A |