**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-02871-SKC

ETHEL SUSANNE HALTER,

        Plaintiff,

v.

WELD COUNTY SHERIFF'S OFFICE,
DOES 1 – X INFINATE,
ROES 1 – X INFINATE,

        Defendant(s).

---

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

---

Defendant Weld County Sheriff's Office, by and through undersigned counsel, Cathy Havener Greer and Katherine M.L. Pratt of Wells, Anderson & Race, LLC, hereby files its Motion For Extension of Time to Respond to Plaintiff's Amended Complaint, and states as follows:

1.    CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a): Counsel for the Defendant attempted to confer with the *pro se* Plaintiff regarding the relief sought by this Motion via email. Undersigned counsel did not receive a response prior to filing.

2.    Plaintiff commenced this action in the District Court, Weld County, on September 6, 2019. (*See* ECF. No. 2). Plaintiff filed an Amended Complaint in the state court action on September 17, 2019. (*See* ECF. No. 3). Defendant Weld County Sheriff's Office received a copy of both the Complaint and Amended Complaint on September 17, 2019. (*See* Ex. C to Notice of Removal—ECF. No. 1, Aff. of Donald Patch).

3. Defendant timely filed its Notice of Removal (ECF No. 1) on October 8, 2019, removing this case to the United States District Court for the District of Colorado. As such, Defendant's Answer or other responsive pleading to Plaintiff's Amended Complaint is currently due on or before October 15, 2019. *See* Fed. R. Civ. P. 81(c).

4. However, due to undersigned counsel's commitments and obligations as defense-counsel at a 7-day jury-trial in another division of this Court, *Estate of Walter v. Board of County Commr's of the County of Fremont, et. al.*, USDC Civil Action No. 1:16-cv-0629-WJM-STV, and related activities, undersigned counsel needs additional time to review and analyze the matters presented in this case and prepare a responsive pleading to Plaintiff's Amended Complaint. As such, Defendant respectfully requests a 14-day extension of the responsive pleading deadline, which is currently set for October 15, 2019.

5. This is the first extension of time sought and is not sought for purposes of delay. Further, the case is in its very early stages and the brief extension will not prejudice any party or the Court.

WHEREFORE, Defendant Weld County Sheriff's Office respectfully requests that this Court grant an extension of time to file its Answer or other responsive pleading to Plaintiff's Amended Complaint up to and including Tuesday, October 29, 2019, and for such other relief as this Court deems just and proper.

Respectfully submitted this 11th day of October, 2019.

**WELLS, ANDERSON & RACE, LLC**

By:  *S/Katherine M.L. Pratt*
Cathy Havener Greer
Katherine M.L. Pratt
1700 Broadway, Suite 1020
Denver, CO 80290
T: 303-830-1212
F: 303-830-0898
Email: cgreer@warllc.com
Email: kpratt@warllc.com
***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of October, 2019, a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** with exhibits referenced therein, was electronically filed with the Clerk of Court using the CM/ECF system, and sent to the Plaintiff via U.S. Mail at the address listed below:

Ethel Susanne Halter
7200 E. State Highway 14 Lot 5
Fort Collins, CO 80524
Email: suehalter@gmail.com
*Pro se Plaintiff*

                                          *S/Barbara McCall*
                                          Barbara McCall
                                          Email: bmccall@warllc.com