IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-02871-SKC

ETHEL SUSANNE HALTER,

    Plaintiff,

v.

WELD COUNTY SHERIFF'S OFFICE,
DOES 1 – X INFINATE, and
ROES 1 – X INFINATE,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On October 25, 2019, the Court issued a Order setting a Scheduling Conference for November 18, 2019 at 10:00 a.m. before Magistrate Judge Crews. [#13.][1] After review of the Proposed Scheduling Order [#20], the Court converted the Scheduling Conference to a Status Conference set for the same date time. [#21.] Plaintiff Ethel Susanne Halter ("Halter") was emailed a Notice of Electronic Filing to the email address on file with the Court. Halter did not appear at the Status Conference at the scheduled time. The Courtroom Deputy attempted to contact Halter by phone, but Halter did not answer. The Courtroom Deputy left a voice message. After waiting fifteen minutes for Halter to appear, the Status Conference was held, on the record, without Halter's presence. [#23.]

---

[1] The Court uses "[# __ ]" to refer to the docket and electronic filings in CM/ECF.

Because Halter failed to appear at a Court ordered hearing, IT IS ORDERED that Halter SHOW CAUSE why this case should not be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and why the Court should not order sanctions against Halter in the form of attorneys fees incurred by Defendants' for the preparation and participation at the Status Conference. Halter's response to this Order to Show Cause shall be filed no later than December 2, 2019.

DATED: November 18, 2019.

BY THE COURT:

S. Kato Crews
United States Magistrate Judge