IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 19-cv-02871-SKC              Date: December 19, 2019
Courtroom Deputy: Amanda Montoya           FTR – Reporter Deck-Courtroom C-201

| *Parties:* | *Counsel:* |
|---|---|
| ETHEL SUSANNE HALTER, | Pro se |
| Plaintiff, | |
| v. | |
| WELL COUNTY SHERIFF'S OFFICE, | Katherine Pratt |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: STATUS CONFERENCE**
**Court in session: 10:53 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding the removal of this case to federal court, the availability of the pro se clinic, pro bono counsel, and the motion process. Ms. Halter has been placed on the list for pro bono counsel and is advised of the process.

Further discussion regarding the operative complaint and parties.

The Court advises Ms. Halter of the conferral obligation before filing a motion.

**ORDERED:** Plaintiff is given leave to file an amended complaint. The amended complaint shall be filed no later than **February 21, 2020** and shall provide specific allegations and shall specifically identify parties by name**.** Defendant will have 21 days to file an answer of otherwise respond to the amended complaint.

The Court previously issued a stay on discovery pending a resolution on the motion to dismiss.

HEARING CONCLUDED.
**Court in recess: 11:36 a.m.**          Total time in court: 00:43

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.